

# Fourth Court of Appeals
## San Antonio, Texas

December 13, 2021

No. 04-20-00037-CR

Kevin Jon **WARNKEN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 19-02-0029-CRA
Honorable Russell Wilson, Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Chief Justice
Irene Rios, Justice
Liza A. Rodriguez, Justice

The appellant has filed a second motion requesting an extension of time to file a motion for rehearing and a motion for en banc reconsideration. The motion for extension of time is GRANTED. The appellant's motions for rehearing and en banc reconsideration are due on or before **December 28, 2021.**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of December, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court